IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: )
)
*EX PARTE* APPLICATION OF ALESAYI )
BEVERAGE COMPANY, LTD., ) Case No. 22mc285-CFC
PURSUANT TO 28 U.S.C. § 1782 TO )
CONDUCT DISCOVERY FOR USE IN )
FOREIGN PROCEEDINGS )

**ORDER APPROVING APPLICATION OF ALESAYI
BEVERAGE COMPANY, LTD. PURSUANT TO 28 U.S.C. § 1782
TO CONDUCT DISCOVERY FOR USE INFOREIGN PROCEEDINGS**

This case comes before the Court on the *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings (the "Application"), filed by Petitioner Alesayi Beverage Company, Ltd. The Court, having reviewed the Application, the Memorandum of Law in Support thereof, the Declaration of Saddam Alhumaikani, and the proposed subpoenas, finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied; and (2) the factors identified by the Supreme Court of the United States in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting Petitioner's Application.

It is therefore ORDERED that Petitioner is granted leave to serve the subpoenas attached as Exhibit B to the Application on Bank of America N.A. and JPMorgan Chase Bank, N.A., respectively.

IT IS SO ORDERED this 16th of August, 2022.

_____
UNITED STATES DISTRICT JUDGE